UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR KAHLIFE KING, | ) | 1:04-cv-05641-AWI-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| v. | ) | |
| | ) | **ORDER GRANTING REQUEST TO WITHDRAW UNEXHAUSTED CLAIMS** |
| STATE OF CALIFORNIA, | ) | |
| | ) | **ORDER DENYING MOTION TO DISMISS UNEXHAUSTED CLAIMS AS MOOT** (Doc. 7) |
|     Respondent. | ) | |
| | ) | **ORDER DISMISSING GROUNDS TWO AND FOUR** |
| | | **ORDER DIRECTING CLERK TO FILE AMENDED PETITION LODGED MARCH 15, 2005** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On March 22, 2005, the Magistrate Judge filed Findings and Recommendations that Petitioner's request to withdraw the unexhausted claims be GRANTED, that Respondent's motion to dismiss the unexhausted claims be DENIED as MOOT, that Grounds Two and Four be DISMISSED, without prejudice, for failure to exhaust; and, that the amended petition, lodged March 15, 2005, be FILED.

These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 22, 2005, are ADOPTED IN FULL;

2. Petitioner's request to withdraw the unexhausted claims is GRANTED;

3. Respondent's motion to dismiss the unexhausted claims is DENIED as MOOT;

4. Grounds Two and Four are DISMISSED, without prejudice, for failure to exhaust; and,

5. The Clerk of Court FILE the amended petition, lodged March 15, 2005.

IT IS SO ORDERED.

**Dated:    May 24, 2005**                                /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE