**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR KAHLIFE KING, | CASE NO. CV-F-04-5641 AWI DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE ANSWER TO AMENDED PETITION |
| vs. | |
| SCOTT KERNAN, Warden, | [Doc. 12] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on April 29, 2004. Petitioner filed a first amended petition on November 1, 2004. By order of December 14, 2004, the Court directed Respondent to file a responsive pleading to the amended petition. Respondent filed a motion to dismiss on February 9, 2005. On March 14, 2005, Petitioner filed a motion to withdraw the unexhausted claims. On March 22, 2005, the undersigned issued Findings and Recommendations recommending that Petitioner's request to withdraw the unexhausted claims be granted and Respondent's motion to dismiss be denied as moot. The recommendation was adopted on May 24, 2005, and a second amended petition was filed by the Court on May 26, 2005. Accordingly, this claim is now proceeding on the second amended petition.

////

Based on the foregoing, it is HEREBY ORDERED that:

1. Respondent file a further response to the petition within sixty (60) days from the date of service of this order;

2. Petitioner shall file a traverse within thirty (30) days from the date Respondent files its answer; and

3. All provisions of the Court's December 14, 2004, order directing Respondent to file a response remain in full force and effect.

IT IS SO ORDERED.

**Dated:** **June 10, 2005**                              **/s/ Dennis L. Beck**
3b142a                                                     UNITED STATES MAGISTRATE JUDGE