1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

OMAR KAHLIFE KING,                    )        1:04-CV-5641 AWI DLB HC
12                                     )
              Petitioner,             )        ORDER DENYING MOTION FOR
13                                     )        APPOINTMENT OF COUNSEL
              v.                       )        (DOCUMENT #15)
14                                     )
SCOTT KERNAN, Warden,                 )
15                                     )
              Respondent.             )
16 _____  )

17

18          Petitioner has requested the appointment of counsel.  There currently exists no absolute

19   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

20   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

21   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

22   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

23   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

24   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

25   HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

26   IT IS SO ORDERED.

27   **Dated:    July 21, 2005**              _____/s/ Dennis L. Beck_____
     ah0l4d                                   UNITED STATES MAGISTRATE JUDGE
28