**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR KAHLIFE KING,<br><br>           Petitioner,<br><br>   vs.<br><br>SCOTT KERNAN, Warden,<br>           Respondent.<br>_____/ | CASE NO. CV-F-04-5641 AWI DLB HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[Doc. 14] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On June 10, 2005, the Court directed Respondent to file a response to the second amended petition within sixty days from the date of service of that order. Over sixty days have passed and now response has been filed by Respondent.

      Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

      Accordingly, it is HEREBY ORDERED that within twenty (20) days of service of this order,

///

///

///

1  Respondent shall  SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey
2  a court order.
3        IT IS SO ORDERED.
4        Dated:   August 15, 2005                    /s/ Dennis L. Beck
   3b142a                                      UNITED STATES MAGISTRATE JUDGE