IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAHLIFE KING, | CASE NO. CV-F-04-5641 AWI DLB HC |
| Petitioner, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING RESPONDENT TO FILE RESPONSE TO SECOND AMENDED PETITION |
| vs. | |
| SCOTT KERNAN, Warden, | |
| Respondent. | [Docs. 17] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 10, 2005, the Court directed Respondent to file a response to the second amended petition within sixty days from the date of service of that order. Respondent did not respond to the Court's order; therefore, on August 16, 2005, the Court issued an order to show cause why sanctions should not be imposed for failing to comply with the Court's order. Although untimely, Respondent filed a response to the order to show cause on November 7, 2005.

Respondent's counsel indicates that his office's staff did not handle the June 10, 2005 and August 16, 2005, orders properly and he was therefore unaware of the Court's orders. Counsel indicates that the oversight has been discussed with the office's docketing staff and he is confident that the situation has been remedied.

Because Respondent did not intentionally fail to respond to the Court's June 10, 2005 and August

1

16, 2005, orders, the order to show cause is DISCHARGED, and Respondent shall file a response to the second amended petition within sixty days from the date of service of this order. Petitioner may file a traverse within thirty days from the date Respondent files its answer. All other provisions of the Court's December 14, 2004, order remain in full force and effect.

     IT IS SO ORDERED.

| Dated: November 8, 2005 | /s/ Dennis L. Beck |
|---|---|
| 3b142a | UNITED STATES MAGISTRATE JUDGE |