IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAHLIFE KING,           Petitioner,     vs.  SCOTT KERNAN, Warden,           Respondent._____/ | CASE NO. CV-F-04-5641 AWI DLB HC  ORDER REGARDING PETITIONER'S MOTION TO RESPONDENT'S REQUEST TO VACATE ORDER TO SHOW CAUSE  [Doc. 20] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 10, 2005, the Court directed Respondent to file a response to the second amended petition within sixty days from the date of service of that order. Respondent did not respond to the Court's order; therefore, on August 16, 2005, the Court issued an order to show cause why sanctions should not be imposed for failing to comply with the Court's order. Although untimely, Respondent filed a response to the order to show cause on November 7, 2005.

On November 8, 2005, the Court discharged the order to show cause based on counsel's contention that his office's staff did not handle the June 10, 2005 and August 16, 2005, orders properly and he was therefore unaware of the Court's orders. The Court concluded that because Respondent did not intentionally fail to respond to the Court's June 10, 2005 and August 16, 2005, orders, the order to

show cause was DISCHARGED, and Respondent was directed to file a response to the second amended petition within sixty days from the date of service of that order.[1]

On November 21, 2005, Petitioner filed a response to Respondent's request to vacate the order to show cause. In his response, Petitioner objects to discharging the order to show based on the incompetence of Respondent's counsel staff. Petitioner seeks sanctions and requests that the Court grant him relief.

Petitioner's motion for sanctions must be denied. As stated in the Court's November 8, 2005, based on counsel's contention that he did not receive the Court's June 10, 2005 or August 16, 2005, orders, he was unaware of the pending deadlines in this case. Petitioner has set forth no evidence that counsel's contentions are not sincere or that Respondent's counsel intentionally failed to respond to the Court's orders. Therefore, Petitioner's request for sanctions and for relief on his instant petition for writ of habeas corpus must be DENIED.

IT IS SO ORDERED.

**Dated:   January 24, 2006**                    **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

---

[1] On January 9, 2006, Respondent filed an answer to the petition.