IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAHLIFE KING,<br><br>           Petitioner,<br><br>     vs.<br><br>SCOTT KERNAN, Warden,<br><br>           Respondent.<br>_____/ | CASE NO. CV-F-04-5641 AWI DLB HC<br><br>ORDER STRIKING DOCUMENT AS DUPLICATIVE<br><br>[Doc. 24] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2006, Petitioner filed a motion entitled "Objection Motion To Respondents Request To Vacate Order To Show Cause, And New Order To Respond To Amended Petition," dated November 14, 2005.

A review of the Court's docket in this case reveals that Petitioner previously filed the identical motion on November 21, 2005, which was resolved by the Court on January 25, 2006. (Court Docs. 20, 26.) Because the instant motion is identical to the motion previously filed on November 21, 2005, the motion, filed January 23, 2006, shall be STRICKEN as DUPLICATIVE.

   IT IS SO ORDERED.

**Dated:   January 29, 2006**          **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE

1