IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAHLIFE KING,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-5641 AWI DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITIONER'S MOTION TO STAY PETITION<br><br>[Doc. 28] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　This case is currently ready for review on the merits, as Respondent filed an answer to the amended petition on January 9, 2006, and Petitioner filed a traverse on January 23, 2006. (Court Docs. 21, 25.)

　　　　Now pending before the Court is Petitioner's motion to stay the petition pending exhaustion in the state court of a new claim, filed December 26, 2006. (Court Doc. 28.) Pursuant to Local Rule 78-230(m), Respondent shall be directed to file an opposition or statement of non-opposition to Petitioner's motion.

　　　　Accordingly, it is HEREBY ORDERED that within twenty (20) days from the date of service of this order, Respondent shall file an opposition or statement of non-opposition to Petitioner's motion for a stay.

　　　　IT IS SO ORDERED.

　　　　**Dated:　January 19, 2007**　　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1