# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAHLIFE KING, ) | 1:04-CV- 5641 AWI DLB HC |
| Petitioner, ) | ORDER DENYING MOTION FOR COUNSEL AS MOOT |
| v. ) | |
| SCOTT KERNAN, Warden, ) | (Document #38) |
| Respondent. ) | |

Petitioner was a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   On September 20, 2007, the court denied the petition and the Clerk of the Court entered judgment against Petitioner.   On October 1, 2007, Petitioner filed a notice of appeal.  On October 16, 2007, the court stated that it would not issue a certificate of appealability.  The appeal was then processed by the Clerk of the Court and transferred to the Ninth Circuit.   On October 17, 2007, Petitioner filed a motion for the appointment of counsel.   On August 1, 2008, the Ninth Circuit denied Petitioner a certificate of appealability, thus ending the appeal.

An administrative review of the docket in this action reveals that Petitioner's October 17, 2007 motion for counsel has been termed as an outstanding motion.   Because this case is now over in both this court and the Ninth Circuit, Petitioner's request for counsel is moot.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to appoint counsel is (Document #38) is DENIED as moot.

IT IS SO ORDERED.

Dated:   September 7, 2008         /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE