# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAHLIFE KING,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Warden,<br><br>    Respondent. | 1:04-CV- 5641 AWI DLB HC<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT**<br><br>(Document #42) |

    Petitioner was a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 20, 2007, the court denied the petition and the Clerk of the Court entered judgment against Petitioner. On October 1, 2007, Petitioner filed a notice of appeal. On October 16, 2007, the court stated that it would not issue a certificate of appealability. The appeal was then processed by the Clerk of the Court and transferred to the Ninth Circuit. On November 6, 2007, Petitioner filed a motion for an extension of time to file proof of Petitioner's indigent status. On August 1, 2008, the Ninth Circuit denied Petitioner a certificate of appealability, thus ending the appeal.

    An administrative review of the docket in this action reveals that Petitioner's November 6, 2007 motion for additional time has been termed as an outstanding motion. The Ninth Circuit did not rule against Petitioner based on his failure to prove his indigent status. Because this case is now over in both this court and the Ninth Circuit, Petitioner's request is moot.

1   Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to extend time (Document
2   #42) is DENIED as moot.

4   IT IS SO ORDERED.
5   **Dated:    September 7, 2008**              **/s/ Anthony W. Ishii**
                                                 CHIEF UNITED STATES DISTRICT JUDGE